General Complaint Form for Pro Se Litigants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2010 JUN 22 P 1:14

U.S. DISTRICT COURT
N.D. OF ALABAMA

Veronica McCallup
3100 Big Dalton Ave #170
Baldwin Park, CA 91706

CV-10-HGD-1609-M

(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

Goss Bonding Company
Christopher Presett
Easy Bonding Company
Terry Sorells
Harmon Bonding Company
Carol Boone
Ms. M. Moss, Mr. Kirk, Alternative Justice Bonding Co, Vickie Cover, Recover Journey, James Finley, Philip Serry, Mr. Autrey

(Enter above the full name(s) of the defendant(s) in this action.) And Insurance Companies these are:

Mr. Mulkey, Mr. McClung, Ms. Vickie

1. At all times hereinafter mentioned, plaintiff was and still is a resident of California _____. Plaintiff resides at 3100 Big Dalton Ave #170 Baldwin Pk. CA 91706 _____.

2. Defendant Goss Bonding Co _____ is a corporation incorporated under the laws of Alabama Possibly _____ and has a main office at _____ and is licensed to do business in Alabama _____. Defendant's official business address is _____.

**OR**

Defendant ___Christopher Hargett — 7... Greensboro, Toronton, A___

~~is a United States government agency.~~

**OR**

Defendant ___Easy Bonding Company 100 Noah Dr Pell City AL___

~~is a state agency.~~

**OR**

Defendant ___Terry Sorels___ is a resident of ___Alabama___. Defendant resides at ___First Ave North Pell City, Alabama___.

3. The jurisdiction of this court is invoked pursuant to ___28 U.S.C 1331  42 USC 1983  Constitution Amendment 1,2,3,4,5,6,7,8,14,24,26; RICO Claims  42 USC 1985 discrimination in Bonding, Conspiracy to not Bond___ (List statutes.)

4. **Statement of Claim**

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Each Bonding Company will not Bond plaintiff because of Origin and Race Creed, color. Defendants: Boone, Moss, Lover, Hargett, Sorels, Finley, Seay verbally told Bonding Company (defendants: Goss, Easy, Harmon, Kirk, Alternative Justice) Not to Bond plaintiff out of St Clair County Jail. Goss was told by defendant Boone that plaintiff had two identifications. Moss told Alternative Justice, Kirk (with Cover defendant) that plaintiff lived in California with no local family and created apprehension and doubt in defendant Bonding Conspiracy and kidnapping plaintiff. Plaintiff wrote Sorels and Seay over and over requesting personal and business property and due process. Plaintiff was arrested for a California warrant. California dropped charges and ~~jail~~ defendants fail to release plaintiff within 14 days or give extradition hearing and held plaintiff on a $250,000.00 bond which exceeds the amount for the allegation showing the conspiracy to pre-meditatedly kidnap plaintiff to prevent plaintiff from appearing in a court case against defendant² Hargett. These defendant knew they had no case against plaintiff but pre-meditated to use a Judge Robinson to try and convict plaintiff while kidnapped, while denied the ability to prepare a defense. Since Hargett (defendant) is ~~...~~ a cry and unjust to make a reason have family — (...) ~~...~~

On January 02, 2010 the Parker (defendants) approached Plaintiff for no reason except Plaintiff's race, creed, color, origin, Plaintiff was getting gas with California tags. This was unlawful and deliberate indifference. Plaintiff was arrested and kept in jail 5 months and in solitary confinement, not allowed to bond nor use a telephone for two (2) months. The defendants Santy, Boone, Finley, Hickey, Sorels, teamed with Christopher Hargett and co-conspired to be malicious, racist to Plaintiff and denied Plaintiff's rights in an attempt to cover-up or and help Christopher Hargett's defense in another case where Hargett is going to jail for kidnapping Plaintiff before. This malicious pre-conceived plan to kidnap Plaintiff under the color of the law under fraudulent pretense, conspiracy while in another crime, has viable grounds under RICO statute, discrimination deliberate indifference statutes, pre-meditated kidnapping, pre-meditated malicious prosecutions. Defendants had 14 days to extradict, or to give hearing but planned discussed and prevented release and bonding and planned to railroad and indict Plaintiff without viable charge/case and plotted and which Judge (Robinson - "The Hanging Judge") would preside before the indictment on a cash/using warrant in Alabama. The mere fact that bondsmen will bond Georgia residents and Texas residents and without money shows the malicious conspiracy to kidnap Plaintiff.

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

Plaintiff has been irreparably injury with the loss of a $750,000.00 home, $250,000.00 business and seeks $250,000.00 for defendant plus punitive damages, cost, fees and fines

---

Date: 05/20/2010

Telephone Number: 909-244-2482

FAX Number (If Available):

Signature of Plaintiff: [signature] Veronica McCully

Name (Please Print): Veronica McCallup

Street Address: 3180 Big Dalton Ave #170

City, State: Baldwin Park, CA    Zip Code: 91706

3

_____

_____

(Attach additional sheets as needed

## III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding ____ pages is true and correct.

Dated: 06/18/2010

SIGNATURE

WITNESS:

_____

_____